IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

**MISCELLANEOUS NO.:**

1:23-MC-27-MR

FILED
ASHEVILLE, NC

DEC 0 4 2023

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

IN RE:

**LIMITED INTERIM PAYMENTS FOR TRAVEL FOR CJA PANEL ATTORNEYS**

It has become necessary to house some defendants in custody in this district in facilities located outside the district. These facilities presently include Laurel County Correctional Center in London, Kentucky; Irvin County Detention Center in Ocilla, Georgia; Robert E. Deyton Facility in Lovejoy, Georgia; USP Atlanta in Atlanta Georgia; and, Henry County Detention Center in Martinsville, Virginia. Other facilities may be added in the future. It is anticipated that the travel and to these locations may place a financial hardship on counsel if they are not reimbursed for this unanticipated travel for an extended period of time. Pursuant to *Guide to Judiciary Policy* (Guide), Volume 7, Part A, § 230.73.10, the Court finds good cause to permit CJA counsel to submit interim vouchers without the necessity of seeking prior Court approval **ONLY** for travel necessary for consultation between such counsel and his/her client incurred and paid for traveling to and from the facilities named above and any other facility requiring travel more than 250 miles from their office that are located outside of the District. Interim vouchers submitted must exceed $750 compensable expenses incurred because of travel to the aforementioned facilities.

The following procedures for interim payments will apply during CJA counsel's representation in this case:

To mitigate the financial hardship of travel expenses incurred due to the location of defendants outside the district and to ensure the continued high-quality criminal representation by CJA Panel Attorneys, counsel may submit an interim request for payment via eVoucher when expenses incurred are due to necessary travel to the facilities mentioned herein **and exceed $750**.

Attorneys should submit their vouchers through eVoucher as an Interim Voucher to be considered for payment. All such interim vouchers should be supported by detailed and itemized expense statements. **Guide, Volume 7A, § 230** outlines the procedures and rules for claims by CJA attorneys and should be followed on each voucher. Counsel should refer to **the eVoucher Attorney Manual 6.1** available at Evoucher Info | Federal Public Defender - Western District of North Carolina (fd.org) for additional instructions on submitting an Interim Voucher in eVoucher.

The Federal Defender's Office will review the interim vouchers for mathematical and technical accuracy and for conformity with the **Guide** and if correct will forward the claim for consideration and action by the presiding judge. Within 45 days of the conclusion of representation counsel should submit their final voucher

Submission of interim vouchers is not required but is permitted to alleviate the anticipated hardship on the counsel of undertaking representation requiring travel expenses for an extended period without compensation.

IT IS SO ORDERED

This the 30 day of November 2023.

_____
Martin Reidinger
Chief United States District Judge